# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Dean Alton Holcomb, <br> *Plaintiff* <br> v. <br><br> Greenville County Clerk of Court; Paul B. Wickensimer; Donna Bearden; Letitia Hamilton Verdin; Judge Garrison Hill, G'ville SC; Magistrate James Hudson, G'ville SC; Asst. Solicitor Sylvia Harrison, G'ville SC; Asst. Solicitor Russell D. Ghent, Spartanburg SC; Walt Wilkins, 13th Circuit Solicitor; Barry Barnette, Spartanburg Solicitor; G'ville Public Defenders Office; Spartanburg Public Defenders Office; John Vandermosten, GCDC Jail Administrator; Warden Tim Riley, Columbia, SC Kirkland CI; General Counsel Barton Vincent, SCDC; General Counsel Annie Rumler, SCDC; Ms. Albert, Kirkland Mail Supervisor; Magistrate Lela Foster, all in this official and individual capacity, <br> *Defendants* | ) <br> ) <br> ) Civil Action No.  6:17-cv-02001-MGL <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■  The plaintiff, Dean Alton Holcomb, shall take nothing of the defendants, Greenville County Clerk of Court; Paul B. Wickensimer; Donna Bearden; Letitia Hamilton Verdin; Judge Garrison Hill; Magistrate James Hudson; Asst. Solicitor Sylvia Harrison; Asst. Solicitor Russell D. Ghent; Walt Wilkins; Barry Barnette; G'ville Public Defenders Office; Spartanburg Public Defenders Office; John Vandermosten; Warden Tim Riley; General Counsel Barton Vincent; General Counsel Annie Rumler; Ms. Albert; Magistrate Lela Foster, and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   September 12, 2017                                    ROBIN L. BLUME, CLERK OF COURT

                                                                          s/M. Walker
                                                              _____
                                                                *Signature of Clerk or Deputy Clerk*